**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| Angela McDowell, | : |
| Plaintiff, | : Civil Action No.: 3:18-cv-00476-BJD-JBT |
| v. | : |
| Diversified Adjustment Service, Inc., | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a Stipulation of Dismissal of this action *with prejudice* pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 14, 2019

        Respectfully submitted,

        By: */s/ Tamra Givens*
           Tamra Givens, Esq.
           Florida Bar No. 657638
           LEMBERG LAW, L.L.C.
           43 Danbury Road, 3rd Floor
           Wilton, CT 06897
           Telephone: (203) 653-2250
           Facsimile:  (203) 653-3424
           tgivens@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 14, 2019, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                  By */s/ Tamra Givens*_____

                                        Tamra Givens