UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANGELA MCDOWELL,

    Plaintiff,

v.   Case No. 3:18-cv-476-J-39JBT

DIVERSIFIED ADJUSTMENT
SERVICE, INC.,

    Defendant.
_____/

## ORDER

**THIS MATTER** comes before the Court on the Notice of Settlement (Doc. 17; Notice) filed on January 14, 2019. In the Notice, the parties advise the Court that this case has been resolved. See Notice at 1. Accordingly, it is hereby

**ORDERED:**

1. The final pretrial conference scheduled for July 19, 2019 is cancelled and this case is removed from the August 5, 2019 trial term.

2. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

3. The parties shall have until **March 14, 2019**, to file a joint stipulated form of final order or judgment or move this Court upon good cause to reopen the case.

4. If the parties have not so stipulated or moved the Court by the **March 14, 2019** deadline, this case automatically will be dismissed without prejudice, and the Clerk shall **close** the file without further order of the Court.

**DONE** and **ORDERED** in Jacksonville, Florida this 16th day of January, 2019.

*/s/ Brian J. Davis*

BRIAN J. DAVIS
United States District Judge

cs

Copies furnished to:

Counsel of Record
Unrepresented Parties