UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| Angela McDowell, <br><br> Plaintiff, <br> v. <br><br> Diversified Adjustment Service, Inc., <br><br> Defendants. | Civil Action No.: 3:18-cv-00476-BJD-JBT |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice with each party to bear its own costs and attorneys' fees..

| | |
|---|---|
| Angela McDowell | Everest Receivable Services, Inc. |
| /s/ Tamra Givens | /s/ Barbara Fernandez |
| Tamra Givens, Esq. <br> Florida Bar No. 657638 <br> LEMBERG LAW, LLC <br> 43 Danbury Road, 3rd Floor <br> Wilton, CT  06897 <br> Telephone: (203) 653-2250 <br> Facsimile:  (203) 653-3424 | Barbara Fernandez, Esq. <br> Florida Bar No. 0493767 <br> Hinshaw & Culbertson LLP <br> 2525 Ponce de Leon Blvd., 4th Floor <br> Coral Gables, FL 33134 <br> Telephone: (305) 358-7747 <br> Facsimile: (305) 577-1063 |

Attorney for Plaintiff                    Attorney for Defendant

_____
SO ORDERED

## CERTIFICATE OF SERVICE

      I hereby certify that on March 25, 2019, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Middle District of Florida Electronic Document Filing System (ECF), which sent notice of such filing to the following:

                              By */s/ Tamra Givens*_____

                                  Tamra Givens, Esq.