UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANGELA MCDOWELL,

    Plaintiff,

v.                                    Case No. 3:18-cv-476-J-39JBT

DIVERSIFIED ADJUSTMENT
SERVICE, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation of Dismissal (Doc. No. 23; Stipulation) filed on March 25, 2019. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 27th day of March, 2019.

BRIAN J. DAVIS
United States District Judge

cs
Copies to:
Counsel of Record